UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-768-JST (JPRx)                                         Date:  July 12, 2012
Title:  Bryan C. Corlett, et al. v. Wells Fargo Bank, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                          Not Present

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER REQUIRING DEFENDANT WELLS FARGO TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED

      Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this action from the Orange County Superior Court on the basis of diversity jurisdiction.  (Notice of Removal at 2, Doc. 1.) In its Notice of Removal, Wells Fargo asserts that Plaintiff is a citizen of California (*id.* at 3), and that Wells Fargo is a citizen of South Dakota (*id.* at 5).  Specifically, Wells Fargo asserts that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006), and its progeny, a national banking association is a citizen only of the state in which its main office is located.  (*Id.*)  For the reasons set forth in this Court's Remand Order, *David Tran v. Wells Fargo Bank NA, et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15, the Court disagrees with Wells Fargo's reading of *Schmidt*, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Therefore, Wells Fargo is a citizen of California, and it appears the requirement of complete diversity is not met.
      Accordingly, Defendant Wells Fargo is ordered to show cause no later than **July 20, 2012**, why this case should not be remanded for lack of subject matter jurisdiction.

                                                          Initials of Preparer:   enm